# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132834

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GARY ANDERSON, LOUIS SCOHY, and
GEORGE SQUIER,
        Plaintiffs-Appellants,

v

SC: 132834
COA: 265965
Macomb CC: 95-002084-NZ

EUGENE MCCONVILLE and UNITED
PLANT GUARD WORKERS ASSOCIATION,
        Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the October 10, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

s0319